# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

---

In re:  Chapter 11

BUTLER SERVICES INTERNATIONAL, INC.,  Case No. 09-11914 (KJC)

        Debtor.

Employer Tax I.D. No. 06-1181282

---

In re:  Chapter 11

BUTLER INTERNATIONAL, INC.,  Case No. 09-11915 (KJC)

        Debtor.

Employer Tax I.D. No. 06-1154321

---

In re:  Chapter 11

BUTLER OF NEW JERSEY REALTY CORP.,  Case No. 09-11916 (KJC)

        Debtor.

Employer Tax I.D. No. 22-3227593

---

In re:  Chapter 11

BUTLER SERVICE GROUP, INC.,  Case No. 09-11917 (KJC)

        Debtor.

Employer Tax I.D. No. 22-1712289

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BUTLER PUBLISHING, INC., | : | Case No. 09-11918 (KJC) |
| Debtor. | : | |
| Employer Tax I.D. No. 26-0131211 | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BUTLER TELECOM, INC., | : | Case No. 09-11919 (KJC) |
| Debtor. | : | |
| Employer Tax I.D. No. 04-2723416 | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BUTLER UTILITY SERVICE, INC., | : | Case No. 09-11920 (KJC) |
| Debtor. | : | |
| Employer Tax I.D. No. 22-2308023 | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BUTLER SERVICES, INC., | : | Case No. 09-11921 (KJC) |
| Debtor. | : | |
| Employer Tax I.D. No. 22-2765420 | : | |

```
----------------------------------------X
In re:                                  :    Chapter 11
                                        :
BUTLER RESOURCES, LLC,                  :    Case No. 09-11922 (KJC)
                                        :
                    Debtor.             :
                                        :
Employer Tax I.D. No. 26-3693504        :
                                        :
----------------------------------------X
```

## ORDER PURSUANT TO RULE 1015(b) OF THE
## FEDERAL RULES OF BANKRUPTCY PROCEDURE
## DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion, dated June 1, 2009 (the "Motion"),[1] of Butler Services International, Inc. ("Butler") and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors"),[2] for an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, as more fully described in the Motion; and upon consideration of the Declaration of Richard A. Sebastiao in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding in the Bankruptcy Court pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the Office of the United States Trustee for the District of Delaware, (ii) the Debtors' thirty (30) largest unsecured creditors (on a consolidated basis), (iii) counsel for General Electric Capital Corporation ("GECC"), (iv) counsel

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2] The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax identification number, are: Butler Services International, Inc. (1282); Butler International, Inc. (4321); Butler of New Jersey Realty Corp. (7593); Butler Service Group, Inc. (2289); Butler Publishing, Inc. (1211); Butler Telecom, Inc. (3416); Butler Utility Service, Inc. (8023); Butler Services, Inc. (5420); and Butler Resources, LLC (3504).

for Monroe Capital Management Advisors LLC ("Monroe"), (v) counsel for Garrison Investment Group LP ("Garrison"), and (vi) any parties which have filed requests for notice; and the Court having held a hearing with respect to the Motion (the "Hearing"); and the relief requested in the Motion being in the best interests of the Debtors and their estates; and the Court having considered the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all proceedings had before the Court, and upon the record of the Hearing, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 09-11914 (KJC); and it is further

ORDERED that nothing contained in this order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED that the caption of the jointly administered cases should read as follows:

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

```
------------------------------------------------------------- X
In re:                                                        :    Chapter 11
                                                              :
BUTLER SERVICES                                               :    Case No. 09-11914 (KJC)
INTERNATIONAL, INC., et al.,¹                                 :
                                                              :    (Jointly Administered)
                                        Debtors.              :
                                                              :
------------------------------------------------------------- X
```

1.  The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax identification number, are: Butler Services International, Inc. (1282); Butler International, Inc. (4321); Butler of New Jersey Realty Corp. (7593); Butler Service Group, Inc. (2289); Butler Publishing, Inc. (1211); Butler Telecom, Inc. (3416); Butler Utility Service, Inc. (8023); Butler Services, Inc. (5420); and Butler Resources, LLC (3504). The current mailing address for each of the Debtors is 200 E. Las Olas Blvd., Suite 1730, Ft. Lauderdale, FL 33301.

; and it is further

ORDERED that a docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Butler Services International, Inc.; Butler International, Inc.; Butler of New Jersey Realty Corp.; Butler Service Group, Inc.; Butler Publishing, Inc.; Butler Telecom, Inc.; Butler Utility Service, Inc.; Butler Services, Inc.; and Butler Resources, LLC. The docket in Case No. 09-11914 (KJC) should be consulted for all matters affecting these cases.

; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: Wilmington, Delaware
       June __, 2009

_____
UNITED STATES BANKRUPTCY JUDGE